**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 10 MAL 2019

           Respondent                    :

                                       :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

           v.                            :

                                       :

STANLEY LEE MOSLEY,                   :

                                       :

           Petitioner                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.